No. 433, Misc.  MACK *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 436, Misc.  BECKER *v.* RAGEN, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 437, Misc.  GOLDSMITH *v.* WASHINGTON.  Supreme Court of Washington.  Certiorari denied.

No. 438, Misc.  WALTER *v.* BAUMAN ET AL.  Supreme Court of Ohio.  Certiorari denied.

No. 440, Misc.  BANNING *v.* IOWA ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 441, Misc.  SHAILER *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 443, Misc.  MACK *v.* RAGEN, WARDEN.  Circuit Court of Will County, Illinois.  Certiorari denied.

No. 448, Misc.  COLE *v.* RANDOLPH, WARDEN.  Circuit Court of Macoupin County, Illinois.  Certiorari denied.

No. 449, Misc.  GATES *v.* RAGEN, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.

No. 452, Misc.  COLEMON *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 454, Misc.  PENNENGA *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, Third Judicial Department.  Certiorari denied.

No. 455, Misc.  ROLESON *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.